## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

TRACY L. COPELAND, B. SUSAN
CROSS a/k/a BARBARA S. CROSS,

                      Plaintiffs,

vs.

UNITED STATES OF AMERICA,

                      Defendant.

TRACY L. COPELAND, B. SUSAN
CROSS a/k/a BARBARA S. CROSS

          Counterclaim Defendants.

Case No. 08-CV-288-CVE-FHM

### OPINION AND ORDER

Defendant's Application for Fees [Dkt. 39] is before the undersigned United States Magistrate Judge for decision.  The Application for Fees is GRANTED.

At a hearing held on April 9, 2009, Defendant's Motion to Compel Plaintiffs to Respond to Written Discovery Requests [Dkt. 23] and Defendant's oral motion for costs were granted. [Dkt. 38].  Defendant filed the instant application for fees on May 5, 2009, requesting $550 in attorney's fees as payment of expenses under Fed. R. Civ. P. Rule 37(a)(5)(A). [Dkt. 39].  Plaintiffs failed to file a response or objection to the application for fees and the time for such objection has passed.

The Court has reviewed the number of hours and the hourly rate requested and finds them to be reasonable.

Defendant's Application for Fees [Dkt. 39] is GRANTED.  Plaintiffs are HEREBY ORDERED to pay the United States $550.00 in attorney fees incurred relating to its Motion to Compel [Dkt. 23].

SO ORDERED this 29th day of May, 2009.

*Frank H. McCarthy*

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE